ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                               Tel: (212) 571-5500
Robert A. Soloway                                                              Fax: (212) 571-5507
David Stern
_____

Rachel Perillo

August 3, 2021

**By ECF & Email**
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Simon
                 Including MELVIN BROWN
                 <u>18 Cr. 339 (PAC)</u>

Dear Judge Crotty:

      I am the attorney for Melvin Brown, the defendant in the above-named matter. Earlier today, Mr. Brown filed his motion for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A) (ECF No. 358). This letter is respectfully submitted to propose a briefing schedule in relation to Mr. Brown's motion.

      I have conferred with AUSA Nicholas Chiuchiolo who requests that the government be given two weeks to submit its response. Additionally, Mr. Brown respectfully requests one week to submit a reply, if necessary.

      If the Court has any questions regarding this application please contact me.

                                                 Respectfully submitted,
                                                 /s/
The proposed schedule is adopted. So             Jeremy Schneider
ordered. 08/04/2021

*[signature: Paul A. Crotty]*